THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT CIPRIANI, | : | Case No. 4:12-CV-1335 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | (Magistrate Judge Carlson) |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | : | |
| Defendant. | : | |

**ORDER**
October 9, 2015

**AND NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

1. United States Chief Magistrate Judge Martin C. Carlson's Report and Recommendation (ECF No. 41) is ADOPTED in full.

2. Plaintiff's October 20, 2014 Motion to Determine the Appropriate Standard (ECF No. 33) is DENIED to the extent that it seeks <u>de novo</u> review, in conformity with the Report and Recommendation.

3. Dispositive Motions are due on December 8, 2015 at 5:00 p.m.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge